Civil Action No.     **1:23-CV-02285-JMF-SN**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Snapdoodle Toys, LLC**
was recieved by me on  **4/20/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **jane doe**, who is designated by law to accept service of process on behalf of **Snapdoodle
Toys, LLC** at **15151 65TH Ave NE, Kenmore, WA 98028** on **04/24/2023 at 8:56 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  04/24/2023

_____
*Server's signature*

**Ahmed Mohamad**
*Printed name and title*

**127 107th ST SE
Everett, WA 98208**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to jane doe who identified themselves as the person authorized to accept. The individual
accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of
age, 5'-5'4" tall and weighing 120-140 lbs.  she said he will not be here for a while.**



