UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOVAN CAMPBELL,

                             **Plaintiff,**                    23-CV-02285 (JMF)(SN)

       -against-                                           **ORDER**

SNAPDOODLE TOYS, LLC,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 25, 2023, Plaintiff filed an affidavit of service on Defendant Snapdoodle Toys, LLC. ECF No. 7. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than May 30, 2023, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
                 May 22, 2023